IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN W. BECKMAN, )<br>)<br>    Defendant. ) | CRIMINAL NO. 05-30179-DRH |

**PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO
FED.R.CRIM.P 32.2 WITH RESPECT TO CERTAIN
PROPERTY OF STEVEN W. BECKMAN**

**HERNDON, District Judge:**

In the Indictment filed in the above cause on November 9, 2005, the United States sought forfeiture of property of defendant, Steven W. Beckman, pursuant to **18 U.S.C. § 2253**. Based upon the plea agreement executed by the defendant in this case as well as the representations made by him in open court, the court hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

**One Dell Dimension CPU 4500S (S/N 1XFLQ11)**

The United States shall publish at least once a week for three consecutive weeks in a newspaper of general circulation, notice of this order, notice of the United States Marshal's intent to dispose of the property in such a manner as the Attorney General may direct, and notice that any person other than the defendant who may have any or may claim any legal interest in any of the above-listed forfeited property, must

file a petition with the court within thirty (30) days of final publication of the notice or receipt of actual notice, whichever time is earlier.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim.

The United States may, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as a substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal shall seize and reduce to his possession, if he has not already done so, the above-described personal property.

Pursuant to **Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure**, this Preliminary Order of Forfeiture will become final with respect to the defendant Steven W. Beckman at the time of his sentencing and shall be made a part of his sentence and shall be included in the Judgment entered against him in this case.  Said order will be a final order only with respect to said defendant, and said order may be amended with respect to petitions filed by third parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the property or any portion

thereof by filing notice of same with the Court.

**IT IS SO ORDERED**.

Signed this 16th day of March, 2006.

/s/        David   RHerndon
**United States District Judge**